**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 18, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00482-CV**

---

**IN RE K.H., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-73759**

---

## MEMORANDUM OPINION

On June 17, 2019, relator K.H. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Janice Berg, presiding judge of the 247th District Court of Harris County, to set aside her May 3, 2019 temporary

order in emergency petition to modify the parent-child relationship and order on return of the child.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus without prejudice to refiling, if necessary, after the June 18, 2019 hearing. We also deny relator's motion for emergency interim relief.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan. (J., Hassan agrees to deny the motion for interim relief, but takes no position on the petition at this time).

2